Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−22617−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Alberta L. Cherepko
   123 Oliver Drive
   White Oak, PA 15131

Social Security No.:
   xxx−xx−2096

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>April 29, 2024<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>April 29, 2024<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/5/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22617-CMB |
| Alberta L. Cherepko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 05, 2024 | Form ID: rsc13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberta L. Cherepko, 123 Oliver Drive, White Oak, PA 15131-1941 |
| 15663684 | | LVNV Funding and Resurgent Capital, PO Box10587, Greenville, SC 29603-0587 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 06 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 06 2024 00:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2024 00:27:41 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 00:26:49 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 06 2024 00:19:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15683499 | + | Email/Text: jdryer@bernsteinlaw.com | Mar 06 2024 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15663683 | + | Email/Text: bankruptcy@huntington.com | Mar 06 2024 00:20:00 | Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15681134 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2024 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15676533 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 00:27:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15665089 | | Email/Text: EBNBKNOT@ford.com | Mar 06 2024 00:20:00 | Lincoln Automotive Financial Services, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15663686 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2024 00:19:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 15684206 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 06 2024 00:19:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15663685 | + | Email/Text: ebnpeoples@grblaw.com | Mar 06 2024 00:19:00 | Peoples natural gas company, c/o Jeffery Hunt Esq., 525 william penn place suite 3110, Pittsburgh, PA 15219-1753 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15663687 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM<br>Mar 06 2024 00:27:38 | | Regional Acceptance Corporation, Po Box 1847, Wilson, NC 27894-1847 |
| 15668597 | + | Email/Text: enotifications@santanderconsumerusa.com<br>Mar 06 2024 00:20:00 | | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15663690 | | Email/Text: BNCnotices@dcmservices.com<br>Mar 06 2024 00:20:00 | | UPMC Physicain services, po box 1123, Minneapolis, MN 55440-1123 |
| 15682735 | | Email/Text: BNCnotices@dcmservices.com<br>Mar 06 2024 00:20:00 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15682230 | | Email/PDF: ebn_ais@aisinfo.com<br>Mar 06 2024 00:27:17 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15663682 | + | Email/Text: kburkley@bernsteinlaw.com<br>Mar 06 2024 00:20:00 | | duquene light co, 411 7th ave, Pittsburgh, PA 15219-1942 |
| 15663688 | + | Email/Text: enotifications@santanderconsumerusa.com<br>Mar 06 2024 00:20:00 | | santander consumer, Po box 560284, Dallas, TX 75356-0284 |
| 15663689 | | Email/Text: BNCnotices@dcmservices.com<br>Mar 06 2024 00:20:00 | | upmc health services, PO box 1123, Minneapolis, MN 55440-1123 |
| 15663691 | + | Email/PDF: ebn_ais@aisinfo.com<br>Mar 06 2024 00:27:13 | | verizon, c/o american info source, po box 4457, Houston, TX 77210-4457 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Alberta L. Cherepko julie.steidl@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 3 of 3
--- | --- | ---
Date Rcvd: Mar 05, 2024 | Form ID: rsc13 | Total Noticed: 24

| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6