IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alberta L. Cherepko, | ) | Case No. 23-22617 CMB |
|    *Debtor* | ) | Chapter 13 |
| | ) | Docket No. 49 |
| Alberta L. Cherepko, | ) | |
|    *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Duquesne Light Company, Ford | ) | |
| Motor Credit Company, LLC, Huntington National | ) | |
| Bank, Jefferson Capital Systems, LVNV Funding, | ) | |
| Lincoln Automotive Services, PNC Bank, PA Dept. | ) | |
| of Revenue, Peoples Natural Gas, Regional | ) | |
| Acceptance Corporation, Santander Consumer | ) | **ENTERED BY DEFAULT** |
| USA, UPMC Physician Services, Office of the US | ) | |
| Trustee, and Ronda Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, to wit, this \_\_11th\_\_ day of \_\_October\_\_, 2024, upon consideration of the ***Application to Employ Realtor to Sell Debtor's Real Property***, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Tarasa Hurley, and River Point Realty LLC, 7112 Church Avenue, Ben Avon, PA 15202, is hereby appointed as **Realtor** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 123 Oliver Drive, White Oak, PA 15131. A realtor commission in the amount of 3% or $3,000.00, whichever is greater, plus $600.00 is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____
Honorable Judge Carlota M. Bohm    dmr
U.S. Bankruptcy Judge

CC: Ronda J. Winnecour, Trustee
Alberta L. Cherepko, Debtor
**Kenneth Steidl, Counsel for the Debtor**
**Tarasa Hurley and River Point Realty LLC**
Office of the U.S. Trustee

FILED
10/11/24 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22617-CMB |
| Alberta L. Cherepko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberta L. Cherepko, 123 Oliver Drive, White Oak, PA 15131-1941 |
| r | + | Tarasa Hurley, River Point Realty LLC, 7112 Church Avenue, Ben Avon, PA 15202-1812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

**Name**              **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Alberta L. Cherepko julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 11, 2024 Form ID: pdf900 Total Noticed: 2

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6