IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alberta L. Cherepko, | ) | Case No. 23-22617 CMB |
|     *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 54 |
| Alberta L. Cherepko, | ) | |
|     *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Duquesne Light Company, Ford Motor Credit Company, LLC, Huntington National Bank, Jefferson Capital Systems, LVNV Funding, Lincoln Automotive Services, PNC Bank, PA Dept. of Revenue, Peoples Natural Gas, Regional Acceptance Corporation, Santander Consumer USA, UPMC Physician Services, Office of the US Trustee, and Ronda Winnecour, Trustee, | ) | |
|     *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 14, 2024, a true and correct copy of the *Order of Court dated September 20, 2024* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: <u>October 14, 2024</u>          /s/ Kenneth Steidl
                                                                                            Kenneth Steidl, Esquire
                                                                           Attorney for the Debtor
                                                                           STEIDL & STEINBERG
                                                                           Suite 2830, Gulf Tower
                                                                           707 Grant Street
                                                                           Pittsburgh, PA 15219
                                                                           (412) 391-8000
                                                                           ken.steidl@steidl-steinberg.com
                                                                           PA I.D. No. 34965

```
Label Matrix for local noticing              Ally Financial, c/o AIS Portfolio Services,   Denise Carlon
0315-2                                       4515 N Santa Fe Ave. Dept. APS                KML Law Group, P.C.
Case 23-22617-CMB                            Oklahoma City, OK 73118-7901                  701 Market Street
WESTERN DISTRICT OF PENNSYLVANIA                                                           Suite 5000
Pittsburgh                                                                                 Philadelphia, PA 19106-1541
Mon Oct 14 11:04:41 EDT 2024

Alberta L. Cherepko                          Duquesne Light Company                        (p)BERNSTEIN BURKLEY PC
123 Oliver Drive                             c/o Bernstein-Burkley, P.C.                   ATTN KERI EBECK
White Oak, PA 15131-1941                     601 Grant Street, 9th Floor                   601 GRANT STREET
                                             Pittsburgh, PA 15219-4430                     9TH FLOOR
                                                                                           PITTSBURGH PA 15219-4430

Ford Motor Credit Company, LLC, c/o AIS Port Jeffrey Hunt                                  Huntington National Bank
4515 N Santa Fe Ave. Dept. APS               GRB Law                                       PO Box 89424
Oklahoma City, OK 73118-7901                 525 William Penn Place                        Cleveland, OH 44101-6424
                                             Suite 3110
                                             Pittsburgh, PA 15219-1753

Tarasa Hurley                                (p)JEFFERSON CAPITAL SYSTEMS LLC              LVNV Funding LLC
River Point Realty LLC                       PO BOX 7999                                   c/o Resurgent Capital Services
7112 Church Avenue                           SAINT CLOUD MN 56302-7999                     P.O. Box 10587
Ben Avon, PA 15202-1812                                                                    Greenville, SC 29603-0587

LVNV Funding and Resurgent Capital           LVNV Funding, LLC                             Lincoln Automotive Financial Services
PO Box10587                                  Resurgent Capital Services                    P.O. Box 62180
Greenville, SC 29603-0587                    PO Box 10587                                  Colorado Springs, CO 80962-2180
                                             Greenville, SC 29603-0587

Office of the United States Trustee          (p)PNC BANK RETAIL LENDING                    Pennsylvania Department of Revenue
1000 Liberty Avenue                          P O BOX 94982                                 Bankruptcy Division
Suite 1316                                   CLEVELAND OH 44101-4982                       P.O. Box 280946
Pittsburgh, PA 15222-4013                                                                  Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue                Peoples Natural Gas Company LLC               Peoples natural gas company
Department 280946                            GRB Law                                       c/o Jeffery Hunt Esq.
P.O. Box 280946                              c/o Jeffrey R. Hunt, Esquire                  525 william penn place suite 3110
ATTN: BANKRUPTCY DIVISION                    525 William Penn Place, Suite 3110            Pittsburgh, PA 15219-1753
Harrisburg, PA 17128-0946                    Pittsburgh, PA 15219-1753

Regional Acceptance Corporation              SANTANDER CONSUMER USA                        Kenneth Steidl
Po Box 1847                                  P.O. Box 560284                               Steidl & Steinberg
Wilson, NC 27894-1847                        Dallas, TX 75356-0284                         Suite 2830 Gulf Tower
                                                                                           707 Grant Street
                                                                                           Pittsburgh, PA 15219-1908

UPMC Physicain services                      UPMC Physician Services                       Verizon
po box 1123                                  PO Box 1123                                   by American InfoSource as agent
Minneapolis, MN 55440-1123                   Minneapolis, MN 55440-1123                    PO Box 4457
                                                                                           Houston, TX  77210-4457

Ronda J. Winnecour                           duquene light co                              santander consumer
Suite 3250, USX Tower                        411 7th ave                                   Po box 560284
600 Grant Street                             Pittsburgh, PA 15219-1942                     Dallas, TX 75356-0284
Pittsburgh, PA 15219-2702
```

upmc health services
PO box 1123
Minneapolis, MN 55440-1123

verizon
c/o american info source
po box 4457
Houston, TX 77210-4457

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

PNC Bank
PO Box 5570
Cleveland, OH 44101-0570

(d)PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33