# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alberta L. Cherepko, ) | Case No. 23-22617 CMB |
| *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 58, 59 & 62 |
| Alberta L. Cherepko, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ally Financial, Duquesne Light Company, Ford Motor ) | |
| Credit Company, LLC, Huntington National Bank, ) | |
| Jefferson Capital Systems, LVNV Funding, Lincoln ) | |
| Automotive Services, PNC Bank, PA Dept. of Revenue, ) | |
| Peoples Natural Gas, Regional Acceptance Corporation, ) | |
| Santander Consumer USA, UPMC Physician Services, ) | |
| Office of the US Trustee, and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __18th__ day of __November__, 2024, it is

hereby ORDERED, ADJUDGED, and DECREED, as follows:

1. The hearing scheduled for November 21, 2024 at 1:30 p.m. is CANCELED.

_____
HONORABLE CARLOTA M. BOHM

FILED
11/18/24 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA