UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| ALBERTA L. CHEREPKO | **Claim Number:** 1 |
| | **Case Number:** 23-22617 |
| **Debtor(s)** | |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Lincoln Automotive Financial Services**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☐ Payment only          ☑ Notice & Payment

**NOTICE ADDRESS**

FROM:

Lincoln Automotive Financial Services

P.O. Box 62180

Colorado Springs, CO 80962

TO:

Lincoln Automotive Financial Services

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Lincoln Automotive Financial Services

Dept 55953 P.O. Box 55000

Detroit, MI 48255

TO:

Lincoln Automotive Financial Services

PO Box 650004

Dallas, TX 75265-0004

Date: 12/17/2024

/s/ Shreyansh Gandhi

Creditor's Authorized Agent for Lincoln Automotive Financial Services

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:

                                         **Chapter:** 13

ALBERTA L. CHEREPKO                    Case Number: 23-22617

**Debtor(s)**

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KENNETH STEIDL
JULIE.STEIDL@STEIDL-STEINBERG.COM

Trustee
RONDA J. WINNECOUR

/s/ Shreyansh Gandhi
Shreyansh Gandhi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com