**PROCEEDING MEMO**

**Date:** 01/29/2025 2:30 PM
   **In re:**     Alberta L. Cherepko

Bankruptcy No. 23-22617-CMB
Chapter: 13
Doc. #71

**Appearances:**  James Warmbrodt, Trustee
Julie Steidl, Esq.

**Nature of Proceeding:**  #71 Motion to Sell Real Estate Free and Clear of Liens

**Additional Pleadings:**  #74 Addendum to Agreement of Sale; #75 CNO; #76 Second Addendum to Agreement of Sale

- No higher or better offers.

- Sale for $170,000 is confirmed, and Buyer is a good faith purchaser with no connections to the Debtor.

- Order to be submitted tomorrow, January 30, 2025, by Attorney Julie Steidl.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
1/30/25 8:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA