IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alberta L. Cherepko, ) | Case No. 23-22617 CMB |
| *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 79 |
| Alberta L. Cherepko, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ally Financial, Duquesne Light Company, Ford ) | |
| Motor Credit Company, LLC, Huntington National ) | |
| Bank, Jefferson Capital Systems, LVNV Funding, ) | |
| Lincoln Automotive Services, PNC Bank, PA Dept. ) | |
| of Revenue, Peoples Natural Gas, Regional ) | |
| Acceptance Corporation, Santander Consumer ) | |
| USA, UPMC Physician Services, Office of the US ) | |
| Trustee, and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 31, 2025, I caused to be served a true and correct copy of the *Order of Court dated January 30, 2025* by the following methods upon the following persons and parties:

**Service by First Class US Mail:**
ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Nick Rogers
1325 Fawcett Avenue
White Oak, PA 15131

Dan Haeck/Keith D. Hennon, Realtors for the Buyer
Coldwell Banker Realty
10 Old Clairton Road, Suite 7
Pittsburgh, PA 15236

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: January 31, 2025

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

```
Label Matrix for local noticing          Ally Financial, c/o AIS Portfolio Services,    Denise Carlon
0315-2                                    4515 N Santa Fe Ave. Dept. APS                KML Law Group, P.C.
Case 23-22617-CMB                         Oklahoma City, OK 73118-7901                  701 Market Street
WESTERN DISTRICT OF PENNSYLVANIA                                                        Suite 5000
Pittsburgh                                                                              Philadelphia, PA 19106-1541
Fri Jan 31 10:23:50 EST 2025

Alberta L. Cherepko                       Duquesne Light Company                        (p)BERNSTEIN BURKLEY PC
123 Oliver Drive                          c/o Bernstein-Burkley, P.C.                   ATTN KERI EBECK
White Oak, PA 15131-1941                  601 Grant Street, 9th Floor                   601 GRANT STREET
                                          Pittsburgh, PA 15219-4430                     9TH FLOOR
                                                                                        PITTSBURGH PA 15219-4430

Ford Motor Credit Company, LLC, c/o AIS Port    Jeffrey Hunt                            Huntington National Bank
4515 N Santa Fe Ave. Dept. APS            GRB Law                                       PO Box 89424
Oklahoma City, OK 73118-7901              525 William Penn Place                        Cleveland, OH 44101-6424
                                          Suite 3110
                                          Pittsburgh, PA 15219-1753

Tarasa Hurley                             (p)JEFFERSON CAPITAL SYSTEMS LLC              LVNV Funding LLC
River Point Realty LLC                    PO BOX 7999                                   c/o Resurgent Capital Services
7112 Church Avenue                        SAINT CLOUD MN 56302-7999                     P.O. Box 10587
Ben Avon, PA 15202-1812                                                                 Greenville, SC 29603-0587

LVNV Funding and Resurgent Capital        LVNV Funding, LLC                             Lincoln Automotive Financial Services
PO Box10587                               Resurgent Capital Services                    4515 N. Santa Fe Ave. Dept. APS
Greenville, SC 29603-0587                 PO Box 10587                                  Oklahoma City, OK 73118-7901
                                          Greenville, SC 29603-0587

Office of the United States Trustee       (p)PNC BANK RETAIL LENDING                    Pennsylvania Department of Revenue
1000 Liberty Avenue                       P O BOX 94982                                 Bankruptcy Division
Suite 1316                                CLEVELAND OH 44101-4982                       P.O. Box 280946
Pittsburgh, PA 15222-4013                                                               Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue             Peoples Natural Gas Company LLC               Peoples natural gas company
Department 280946                         GRB Law                                       c/o Jeffery Hunt Esq.
P.O. Box 280946                           c/o Jeffrey R. Hunt, Esquire                  525 william penn place suite 3110
ATTN: BANKRUPTCY DIVISION                 525 William Penn Place, Suite 3110            Pittsburgh, PA 15219-1753
Harrisburg, PA 17128-0946                 Pittsburgh, PA 15219-1753

Regional Acceptance Corporation           SANTANDER CONSUMER USA                        Kenneth Steidl
Po Box 1847                               P.O. Box 560284                               Steidl & Steinberg
Wilson, NC 27894-1847                     Dallas, TX 75356-0284                         Suite 2830 Gulf Tower
                                                                                        707 Grant Street
                                                                                        Pittsburgh, PA 15219-1908

UPMC Physicain services                   UPMC Physician Services                       Verizon
po box 1123                               PO Box 1123                                   by American InfoSource as agent
Minneapolis, MN 55440-1123                Minneapolis, MN 55440-1123                    PO Box 4457
                                                                                        Houston, TX  77210-4457

Ronda J. Winnecour                        duquene light co                              santander consumer
Suite 3250, USX Tower                     411 7th ave                                   Po box 560284
600 Grant Street                          Pittsburgh, PA 15219-1942                     Dallas, TX 75356-0284
Pittsburgh, PA 15219-2702
```

upmc health services
PO box 1123
Minneapolis, MN 55440-1123

verizon
c/o american info source
po box 4457
Houston, TX 77210-4457

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

PNC Bank
PO Box 5570
Cleveland, OH 44101-0570

(d)PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(d)Lincoln Automotive Financial Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34