**Form 404**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

84 – 83

In re:                                                                 Bankruptcy Case No.: 23–22617–CMB
                                                                       Related to Docket No. 83
                                                                       Chapter: 13
                                                                       Hearing Date: 2/24/25 at 01:30 PM

**Alberta L. Cherepko**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** Notice and Order Setting Hearing on an Expedited Basis together with the Motion to Amend Order of Court Granting Motion to Sell Property dated January 30, 2025 at Docket No. 79
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on __February 20, 2025_____.
                                           (Date)
The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _See below._____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

| **Service by Facsimile:** | **Service by E-Mail:** |
|---|---|
| Ally: 651.367.2005 | Ford/Lincoln Automotive: fcffald@ford.com |
| PNC Bank: 833.775.4408 | Santander: BK_POCTeam@santanderconsumerusa.com |
| PNC Bank c/o KML Law Group: 215.627.7734 | Huntington: bankruptcy@huntington.com |
| Duquesne Light Co.: 412.393.6042 | Tarasa Hurley: tarasa@tarasa.com |
| DLC c/o Bernstein-Burkley: 412.456.8135 | Alberta Cherepko: alchere603@gmail.com |
| Peoples Gas: 855.269.0090 | Jefferson Capital: bankruptcy@jcap.com |
| Peoples Gas c/o GRB Law: 412.281.2971 | Resurgent: askbk@resurgent.com |
| LVNV Funding: 888.546.7697 | Regional Acceptance: RACBankruptcy@truist.com |
| Office of the US Trustee: 412.644.4785 | UPMC: dcmbankruptcy@dcmservices.com |
| PA Dept. of Revenue: 717.783.4331 | |
| Verizon: 877.789.3130 | |
| JMMMPC c/ Tsarouhis Law Group: 610-465-8844 | |
| Ronda Winnecour, Trustee: 412.471.5470 | |

By: /s/ Kenneth Steidl_____
    (Signature)
    Kenneth Steidl, Esq._____
    Typed Name
    Steidl & Steinberg, PC
    436 Seventh Avenue, Suite 322
    Pittsburgh, PA 15219_____
    Address
    _412-391-8000_____
    Phone No.
    _PA I.D. No. 34965_____
    List Bar I.D. and State of Admission