Case 23-22617-CMB    Doc 90    Filed 02/24/25    Entered 02/24/25 14:28:17    Desc Main
Document    Page 1 of 1
FILED
2/24/25 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-22617-CMB |
| | : | Chapter: | 13 |
| Alberta L. Cherepko | : | | |
| | : | | |
| | : | Date: | 2/24/2025 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:** #83 - Motion to Amend the Order of Court Granting Motion to Sell Property Dated January 30, 2025, at Docket No. 79 Together WIth Request for Expedited Hearing Pursuant to Local Bankruptcy Rule 9013-2
[Response due 2/24/25 at 9:00 AM
#86 - Response filed by Chapter 13 Trustee
#89 - Proposed Order

**APPEARANCES**:
  Debtor:   Christopher Frye
  Trustee:   Owen Katz

**NOTES:**

Frye: Asking for an amended sale order due to a second mortgage that popped up.  Debtor didn't know about it or didn't inform us about it.  It came up in various title searches.  The trustee wants to ensure that 100% will go to unsecured creditors.  The proposed order allows at least $10,000 from the exemption that will be used to satisfy the amount necessary to fund 100%.  If there is excess, it is paid to the Debtor.

**OUTCOME:**

  1.  *The Motion to Amend the Order of Court Granting Motion to Sell Property dated January 30, 2025, at Docket No. 79 Together with Request for Expedited Hearing Pursuant to Local Bankruptcy Rule 9013- 2* [Dkt. No. 83] is **GRANTED.** [DB to issue proposed order at Dkt. No. 89]

**DATED:** 2/24/2025