2/24/25 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Alberta L. Cherepko,<br>*Debtor* | Case No. 23-22617 CMB<br>Chapter 13<br>Docket No. |
| Alberta L. Cherepko,<br>*Movant* | |
| vs. | |
| Ally Financial, Duquesne Light Company, Ford Motor Credit Company, LLC, Huntington National Bank, Jefferson Capital Systems, LVNV Funding, Lincoln Automotive Services, PNC Bank, PA Dept. of Revenue, Peoples Natural Gas, Regional Acceptance Corporation, Santander Consumer USA, UPMC Physician Services, Office of the US Trustee, and Ronda Winnecour, Trustee,<br>*Respondents* | Related to Docket No. 89 |

### AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

AND NOW, this _24th Day of February, 2025_, on consideration of the Debtor's Motion for Sale of Property Free and Divested of Liens to Nicholas Rogers, for $170,000.00, after hearing held, this date, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above-named Respondent, was effected on the following secured creditors whose liens are recited in said Motion for Private sale, viz:

**DATE OF SERVICE    NAME OF LIENOR AND SECURITY**

**January 2, 2025**        **PNC Bank**
                **3232 Newmark Drive**
                **Miamisburg, OH 45342**

**January 2, 2025**        **KML Law Group, PC**
                **Attn: Denise Carlon, Esq.**
                **701 Market Street, Suite 5000**
                **Philadelphia, PA 19106**

            **January 2, 2025        Ronda J. Winnecour**
            **Suite 3250, USX Tower**
            **600 Grant Street**
            **Pittsburgh, PA 15219**

January 2, 2025  JMMMPC/Troy Capital LLC
c/o Demetrios H. Tsarouhis
21 S 9th Street
Allentown PA 18102

(2)  That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3)  That said sale hearing was duly advertised on the Court's website pursuant to *W.PA LBR 6004-1(c)(2)* on January 2, 2025. Further advertisement was not necessary under W. PA. LBR 6004-2(a).

(4)  That at the sale hearing the highest/best offer received was that of the above Purchasers and no objections to the sale were made which would result in cancellation of said sale.

(5)  That the price of $170,000.00 by Nicholas Rogers was a full and fair price for the property in question.

(6)  That the Buyer has acted in good faith with respect to the within sale in accordance with *In Re: Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d.143 (*3d Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by Special Warranty deed of the real property described 123 Oliver Drive, White Oak, PA 15131 in Allegheny County is hereby **CONFIRMED** toNicholas Rogers for $170,000.00, free and divested of the above recited liens and claims, and, that the Movants are authorized to make, execute and deliver to the Buyers above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby, are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1)  The following liens(s)/claim(s) and amounts; PNC Bank in the approximate amount of $62,409.77; PNC Bank in the approximate amount of $25,953.07 for a second mortgage that was inadvertently left off the initial paperwork; and, JMMMPC/Troy Capital LLC in the approximate amount of $3,517.17. The exact pay-off amounts will be determined when the closing agent obtains the pay-offs at the time of the closing. **The mortgages will be paid in full at the time of closing;**
(2)  Delinquent real estate taxes and municipal fees, if any;
(3)  Current real estate taxes, pro-rated to the date of closing;

(4) Normal closing costs including title search, legal fees, revenue stamps, and any other normal and necessary closing costs;

(5) The Court approved realtor commission in the amount of 3% plus $600.00;

(6) The Buyer's realtor commission listed in the agreement of sale of 2.5%;

(7) The Court approved attorney fees in the amount of $3,595.00 payable to Steidl & Steinberg, P.C. 436 Seventh Avenue, Suite 322, Pittsburgh, PA 15219;

(8) The Court filing fee of $199.00 payable to Steidl & Steinberg, P.C. 436 Seventh Avenue, Suite 322, Pittsburgh, PA 15219;

(9) Chapter 13 Trustee "percentage fees" in the amount of $4,208.10 payable to "*Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 2587, Pittsburgh, PA 15230*";

(10) The Debtor is to receive up to $27,900.00 pursuant to 11 U.S.C. §522(d)(1), $10,000.00 of which is to be paid directly to the Debtor at the closing with the remaining $17,900.00 going to the Trustee to hold in the event additional funds are needed from the exemption to pay the unsecured creditors in full at 100%. To the extent any funds are available from the remaining $17,900.00, the Trustee shall distribute those funds to the Debtor upon completion of the payment to the unsecured creditors; and,

(11) The "net proceeds" from the closing as identified on the ALTA or HUD-1 to the Chapter 13 Trustee payable to "*Ronda J. Winnecour, Ch. 13 Trustee. P. O. Box 84051, Chicago, IL 60689-4002*" to be first used to pay unsecured creditors up to 100%, with any surplus to then be used for general plan funding;

(12) Other:_____.

FURTHER ORDERED that:

(1) ***Within seven (7) days of the date of this Order,*** the Movants/Plaintiffs shall serve a copy of the within *Order* on each Respondents/Defendants (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney of the Debtors, the Closing Agent, the Purchasers, and the attorney for the Purchasers, if any, and file a certificate of service.

(2) ***Closing shall occur within ninety (90) days of this Order.***

(3) ***Within seven (7) days following closing,*** the Movants/Plaintiffs shall file a ***Report of Sale*** which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4) This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

(5) The sale of the property is "as is, where is".

(6) The U.S. Bankruptcy Court retains jurisdiction over any litigation associated with this sale.

(7) Counsel for the Debtors is to serve this Order on the Debtor. **It is the responsibility of the Debtors to ensure that this signed Order is served on the real estate agent. It is the real estate agent's responsibility to ensure that this Order reaches the closing agent and that distribution occurs in accordance with this signed Order of Court.**

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

DATED: February 24, 2025

Consented to by:

/s/ Owen Katz_____
Owen Katz, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Counsel for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alberta L. Cherepko  
    Debtor

Case No. 23-22617-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alberta L. Cherepko, 123 Oliver Drive, White Oak, PA 15131-1941 |
| r | + | Tarasa Hurley, River Point Realty LLC, 7112 Church Avenue, Ben Avon, PA 15202-1812 |
| 15665089 | + | Lincoln Automotive Financial Services, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 02:32:48 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 02:21:25 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 02:22:14 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2025 01:08:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15683499 | + | Email/Text: jdryer@bernsteinlaw.com | Feb 25 2025 01:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15663683 | + | Email/Text: bankruptcy@huntington.com | Feb 25 2025 01:09:00 | Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15681134 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 01:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15663684 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 02:21:25 | LVNV Funding and Resurgent Capital, PO Box10587, Greenville, SC 29603-0587 |
| 15676533 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 02:22:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15663686 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 15684206 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 01:08:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15663685 | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2025 01:08:00 | Peoples natural gas company, c/o Jeffery Hunt Esq., 525 william penn place suite 3110, Pittsburgh, PA 15219-1753 |
| 15663687 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

Case 23-22617-CMB    Doc 92    Filed 02/26/25    Entered 02/27/25 00:31:35    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 25 2025 02:43:07 | Regional Acceptance Corporation, Po Box 1847, Wilson, NC 27894-1847 |
| 15668597 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2025 01:09:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15663690 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2025 01:08:00 | UPMC Physicain services, po box 1123, Minneapolis, MN 55440-1123 |
| 15682735 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2025 01:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15682230 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 02:22:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15663682 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2025 01:09:00 | duquene light co, 411 7th ave, Pittsburgh, PA 15219-1942 |
| 15663688 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2025 01:09:00 | santander consumer, Po box 560284, Dallas, TX 75356-0284 |
| 15663689 | | Email/Text: BNCnotices@dcmservices.com | Feb 25 2025 01:08:00 | upmc health services, PO box 1123, Minneapolis, MN 55440-1123 |
| 15663691 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 02:32:35 | verizon, c/o american info source, po box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Lincoln Automotive Financial Services, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: pdf900 | Total Noticed: 24 |

    on behalf of Debtor Alberta L. Cherepko julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6