IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Alberta L. Cherepko, ) | Case No. 23-22617 CMB |
| *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 91 |
| Alberta L. Cherepko, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ally Financial, Duquesne Light Company, Ford ) | |
| Motor Credit Company, LLC, Huntington National ) | |
| Bank, Jefferson Capital Systems, LVNV Funding, ) | |
| Lincoln Automotive Services, PNC Bank, PA Dept. ) | |
| of Revenue, Peoples Natural Gas, Regional ) | |
| Acceptance Corporation, Santander Consumer ) | |
| USA, UPMC Physician Services, Office of the US ) | |
| Trustee, and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 27, 2025, I caused to be served a true and correct copy of the *Order of Court dated February 24, 2025* by the following methods upon the following persons and parties:

**Service by First Class US Mail:**
ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX


**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: <u>February 27, 2025</u>          /s/ Kenneth Steidl
                                                                          Kenneth Steidl, Esquire
                                                                          Attorney for the Debtor
                                                                          STEIDL & STEINBERG
                                                                          436 Seventh Avenue, Suite 322
                                                                          Pittsburgh, PA 15219
                                                                          (412) 391-8000
                                                                          ken.steidl@steidl-steinberg.com
                                                                          PA I.D. No. 34965

```
Label Matrix for local noticing            Ally Financial, c/o AIS Portfolio Services,   Denise Carlon
0315-2                                     4515 N Santa Fe Ave. Dept. APS                KML Law Group, P.C.
Case 23-22617-CMB                          Oklahoma City, OK 73118-7901                  701 Market Street
WESTERN DISTRICT OF PENNSYLVANIA                                                         Suite 5000
Pittsburgh                                                                               Philadelphia, PA 19106-1541
Thu Feb 27 14:49:06 EST 2025

Alberta L. Cherepko                        Duquesne Light Company                        (p)BERNSTEIN BURKLEY PC
123 Oliver Drive                           c/o Bernstein-Burkley, P.C.                   ATTN KERI EBECK
White Oak, PA 15131-1941                   601 Grant Street, 9th Floor                   601 GRANT STREET
                                           Pittsburgh, PA 15219-4430                     9TH FLOOR
                                                                                         PITTSBURGH PA 15219-4430

Ford Motor Credit Company, LLC, c/o AIS Port   Jeffrey Hunt                              Huntington National Bank
4515 N Santa Fe Ave. Dept. APS                 GRB Law                                   PO Box 89424
Oklahoma City, OK 73118-7901                   525 William Penn Place                    Cleveland, OH 44101-6424
                                               Suite 3110
                                               Pittsburgh, PA 15219-1753

Tarasa Hurley                              (p)JEFFERSON CAPITAL SYSTEMS LLC              LVNV Funding LLC
River Point Realty LLC                     PO BOX 7999                                   c/o Resurgent Capital Services
7112 Church Avenue                         SAINT CLOUD MN 56302-7999                     P.O. Box 10587
Ben Avon, PA 15202-1812                                                                  Greenville, SC 29603-0587

LVNV Funding and Resurgent Capital         LVNV Funding, LLC                             Lincoln Automotive Financial Services
PO Box10587                                Resurgent Capital Services                    4515 N. Santa Fe Ave. Dept. APS
Greenville, SC 29603-0587                  PO Box 10587                                  Oklahoma City, OK 73118-7901
                                           Greenville, SC 29603-0587

Office of the United States Trustee        (p)PNC BANK RETAIL LENDING                    Pennsylvania Department of Revenue
1000 Liberty Avenue                        P O BOX 94982                                 Bankruptcy Division
Suite 1316                                 CLEVELAND OH 44101-4982                       P.O. Box 280946
Pittsburgh, PA 15222-4013                                                                Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue              Peoples Natural Gas Company LLC               Peoples natural gas company
Department 280946                          GRB Law                                       c/o Jeffery Hunt Esq.
P.O. Box 280946                            c/o Jeffrey R. Hunt, Esquire                  525 william penn place suite 3110
ATTN: BANKRUPTCY DIVISION                  525 William Penn Place, Suite 3110            Pittsburgh, PA 15219-1753
Harrisburg, PA 17128-0946                  Pittsburgh, PA 15219-1753

Regional Acceptance Corporation            SANTANDER CONSUMER USA                        Kenneth Steidl
Po Box 1847                                P.O. Box 560284                               Steidl & Steinberg
Wilson, NC 27894-1847                      Dallas, TX 75356-0284                         Suite 2830 Gulf Tower
                                                                                         707 Grant Street
                                                                                         Pittsburgh, PA 15219-1908

UPMC Physicain services                    UPMC Physician Services                       Verizon
po box 1123                                PO Box 1123                                   by American InfoSource as agent
Minneapolis, MN 55440-1123                 Minneapolis, MN 55440-1123                    PO Box 4457
                                                                                         Houston, TX  77210-4457

Ronda J. Winnecour                         duquene light co                              santander consumer
Suite 3250, USX Tower                      411 7th ave                                   Po box 560284
600 Grant Street                           Pittsburgh, PA 15219-1942                     Dallas, TX 75356-0284
Pittsburgh, PA 15219-2702
```

```
upmc health services                    verizon
PO box 1123                             c/o american info source
Minneapolis, MN 55440-1123              po box 4457
                                        Houston, TX 77210-4457
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Keri P. Ebeck                          Jefferson Capital Systems LLC       PNC Bank
Bernstein-Burkley                      Po Box 7999                         PO Box 5570
601 Grant Street, 9th Floor            Saint Cloud MN 56302-9617           Cleveland, OH 44101-0570
Pittsburgh, PA 15219


(d)PNC Bank, National Association
3232 Newmark Drive
Miamisburg, OH 45342
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company              (d)Lincoln Automotive Financial Services    (u)PNC BANK, NATIONAL ASSOCIATION
c/o Bernstein-Burkley, P.C.            4515 N. Santa Fe Ave. Dept. APS
601 Grant Street, 9th Floor            Oklahoma City, OK 73118-7901
Pittsburgh, PA 15219-4430
```

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34