# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

04/10/2025

IN RE:

| | |
|---|---|
| ALBERTA L. CHEREPKO | Case No.23-22617 CMB |
| 123 OLIVER DRIVE | |
| WHITE OAK,  PA  15131 | Chapter 13 |
| XXX-XX-2096          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors , after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors , in accordance with the Chapter 13 Plan and Bankruptcy Code priorities , when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/10/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**BERNSTEIN BURKLEY PC** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY
601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.:

PITTSBURGH, PA  15219 | CLAIM:  0.00
| COMMENT:  DUQ LITE/PRAE

---

**AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY
ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.:
4515 N SANTA FE AVE DEPT APS | |
| CLAIM:  0.00
OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY FNCL/PRAE

---

**GRB LAW\*\*** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY
C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.:
525 WILLIAM PENN PLACE STE 3110 | |
| CLAIM:  0.00
PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE

---

**JMMMPC/TROY CAPITAL LLC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  SECURED CREDITOR
C/O TSAROUHIS LAW GROUP | Court Claim Number: | ACCOUNT NO.:
21 SOUTH 9TH ST | |
| CLAIM:  0.00
ALLENTOWN, PA  18102 | COMMENT:  3517.17@6%/PL*JDGMT/SCH*PD@CLOSING/OE

---

**PNC BANK NA** | Trustee Claim Number:5   INT %: 4.00% | CRED DESC:  MORTGAGE PAID IN FULL
3232 NEWMARK DR | Court Claim Number:16 | ACCOUNT NO.:  8681
| CLAIM:  0.00
MIAMISBURG, OH  45342 | COMMENT:  SOLD*57,347.29@4%/CONF~PMT/TT*38k@4%/PL*$62,409.77/CL*W/22

---

**SANTANDER CONSUMER USA** | Trustee Claim Number:6   INT %: 6.00% | CRED DESC:  VEHICLE
PO BOX 560284 | Court Claim Number:4 | ACCOUNT NO.:  2792
| CLAIM:  11,059.83
DALLAS, TX  75356 | COMMENT:  11059@6%/PL

---

**DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
ATTN. LITIGATION COUNSEL | Court Claim Number:15 | ACCOUNT NO.:  4360
411 SEVENTH AVE | |
MAIL DROP 16-1 | CLAIM:  914.41
PITTSBURGH, PA  15219 | COMMENT:

---

**HUNTINGTON NATIONAL BANK(\*)** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
5555 CLEVELAND AVE - GW1N10 | Court Claim Number:5 | ACCOUNT NO.:  0773
| CLAIM:  996.65
COLUMBUS, OH  43231 | COMMENT:

---

**LVNV FUNDING LLC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.:  4765
PO BOX 10587 | |
| CLAIM:  542.50
GREENVILLE, SC  29603-0587 | COMMENT:  QVC*STALE*DK

---

**PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:3 | ACCOUNT NO.:  2548
375 NORTH SHORE DR | |
| CLAIM:  819.97
PITTSBURGH, PA  15212 | COMMENT:

**CLAIM RECORDS**

| | | |
|---|---|---|
| **REGIONAL ACCEPTANCE CORP** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY SECTION 100-50-01-51 | Court Claim Number:2 | ACCOUNT NO.:  1682 |
| PO BOX 1847 | | |
| | CLAIM:  6,645.53 | |
| WILSON, NC  27894 | COMMENT:  REPO~AUTO DFNCY | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.:  2096 |
| PO BOX 1123 | | |
| | CLAIM:  590.13 | |
| MINNEAPOLIS, MN  55440 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:14 | ACCOUNT NO.:  2096 |
| PO BOX 1123 | | |
| | CLAIM:  591.68 | |
| MINNEAPOLIS, MN  55440 | COMMENT: | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:12 | ACCOUNT NO.:  0001 |
| | CLAIM:  694.34 | |
| HOUSTON, TX  77210-4457 | COMMENT: | |

| | | |
|---|---|---|
| **LINCOLN AUTOMOTIVE FINANCIAL SERVICES(*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 650004 | Court Claim Number:1 | ACCOUNT NO.:  1819 |
| | CLAIM:  12,695.78 | |
| DALLAS, TX  75265-0004 | COMMENT:  NT/SCH*AUTO DEFICIENCY*REPO*COA*DOC 70 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.:  7142 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CITIBANK/SEARS*STALE CL $1783.15 W/D*DOC 33 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:11 | ACCOUNT NO.:  8783 |
| | CLAIM:  889.41 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3406553765*NT/SCH*FINGERHUT*STALE*DK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.:  5473 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*HSBC/DAVIDS BRIDAL*STALE CL@ $63.55 W/D* | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.:  9801 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*HSBC/BEST BUY*CL@ $1162.58 W/D*DOC 36 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  8816 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*GE CAP/SAMS*STALE CL@ $1325.68 W/D*DOC 35 | |

**CLAIM RECORDS**

| KML LAW GROUP PC* | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK | |

| PNC BANK NA | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
|---|---|---|
| 3232 NEWMARK DR | Court Claim Number:16 | ACCOUNT NO.:  8681 |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  SOLD*$5062.48@0%/CONF*20K@0%/PL*NON %*W/5 | |

| FORD MOTOR CREDIT CO LLC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  /PRAE | |

| RONDA J WINNECOUR PA ID #30399** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
|---|---|---|
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  4,208.10 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAILS | |