IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-22617 CMB |
| Alberta L. Cherepko, ) | Chapter 13 |
| *Debtor* ) | Docket No. |

### NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the Debtor by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. The Debtor's previous address was 123 Oliver Drive, White Oak, PA 15131 .

2. The Debtor's new address is 3911 Lawnview Avenue, Brentwood, PA 15227.

WHEREFORE, the Debtor, Alberta L. Cherepko, respectfully files this Notice of Change of Address.

Respectfully submitted,

April 24, 2025
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA ID #34965