# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alberta L. Cherepko | ) |
| | ) Case No. 23-22617-CMB |
| | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | X |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:  <u>Debtor</u>

☐    a motion to lift stay
     as to creditor  _____

☐    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Chapter 13 Plan dated 1-25-24
☐  Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from _____ to _____ per <u>month</u>, effective _____; and/or the Plan term shall be changed from <u>60</u> months to <u>27</u> months.            .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ The 2014 Buick Encore financed through Santander Consumer is to be treated as a long-term continuing debt.
➢ *Debtor(s) are to fund the plan by TFS [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 5th day of September, 2025

*Carlota M. Böhm* **dmr**
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
9/5/25 7:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22617-CMB |
| Alberta L. Cherepko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberta L. Cherepko, 3911 Lawnview Avenue, Brentwood, PA 15227-3239 |
| r | + | Tarasa Hurley, River Point Realty LLC, 7112 Church Avenue, Ben Avon, PA 15202-1812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2025 00:34:44 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2025 00:46:12 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2025 00:25:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:34:21 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2025 00:24:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15683499 | + | Email/Text: jdryer@bernsteinlaw.com | Sep 06 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15663683 | + | Email/Text: bankruptcy@huntington.com | Sep 06 2025 00:25:00 | Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15681134 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2025 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15663684 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:34:42 | LVNV Funding and Resurgent Capital, PO Box10587, Greenville, SC 29603-0587 |
| 15676533 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:34:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15665089 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2025 00:34:45 | Lincoln Automotive Financial Services, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15663686 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2025 00:24:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 15684206 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2025 00:24:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15663685 | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2025 00:24:00 | Peoples natural gas company, c/o Jeffery Hunt |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Esq., 525 william penn place suite 3110, Pittsburgh, PA 15219-1753 |
| 15663687 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 06 2025 00:34:46 | Regional Acceptance Corporation, Po Box 1847, Wilson, NC 27894-1847 |
| 15668597 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2025 00:25:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15663690 | | Email/Text: BNCnotices@dcmservices.com | Sep 06 2025 00:24:00 | UPMC Physicain services, po box 1123, Minneapolis, MN 55440-1123 |
| 15682735 | | Email/Text: BNCnotices@dcmservices.com | Sep 06 2025 00:24:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15682230 | | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2025 00:34:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15663682 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 06 2025 00:25:00 | duquene light co, 411 7th ave, Pittsburgh, PA 15219-1942 |
| 15663688 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2025 00:25:00 | santander consumer, Po box 560284, Dallas, TX 75356-0284 |
| 15663689 | | Email/Text: BNCnotices@dcmservices.com | Sep 06 2025 00:24:00 | upmc health services, PO box 1123, Minneapolis, MN 55440-1123 |
| 15663691 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2025 00:34:19 | verizon, c/o american info source, po box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Lincoln Automotive Financial Services, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |

| | |
|---|---|
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | |
| | on behalf of Debtor Alberta L. Cherepko julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6