**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ALBERTA L. CHEREPKO | Case No.:23-22617 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/04/2023 and confirmed on 05/02/2024 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 45,741.49 |
| Less Refunds to Debtor | | 15,211.26 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 30,530.23 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 106.82 | | |
|   Trustee Fee | | 1,579.64 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 1,686.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   JMMMPC/TROY CAPITAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTANDER CONSUMER USA | 0.00 | 116.12 | 0.00 | 116.12 |
|     Acct: 2792 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 571.06 | 571.06 |
|     Acct: 8681 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8681 | | | | |
| | | | | 687.18 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERTA L. CHEREPKO | 15,206.00 | 15,206.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERTA L. CHEREPKO | 5.26 | 5.26 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 106.82 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-22617 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR PA ID #30399** | 4,208.10 | 4,208.10 | 0.00 | 4,208.10 |
| Acct: $/OE | | | | |
| | | | | 4,208.10 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 914.41 | 914.41 | 0.00 | 914.41 |
| Acct: 4360 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 996.65 | 996.65 | 0.00 | 996.65 |
| Acct: 0773 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4765 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 819.97 | 819.97 | 0.00 | 819.97 |
| Acct: 2548 | | | | |
| REGIONAL ACCEPTANCE CORP | 6,645.53 | 6,645.53 | 0.00 | 6,645.53 |
| Acct: 1682 | | | | |
| UPMC HEALTH SERVICES | 590.13 | 590.13 | 0.00 | 590.13 |
| Acct: 2096 | | | | |
| UPMC PHYSICIAN SERVICES | 591.68 | 591.68 | 0.00 | 591.68 |
| Acct: 2096 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 694.34 | 694.34 | 0.00 | 694.34 |
| Acct: 0001 | | | | |
| LINCOLN AUTOMOTIVE FINANCIAL SERVI | 12,695.78 | 12,695.78 | 0.00 | 12,695.78 |
| Acct: 1819 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7142 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8783 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5473 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9801 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8816 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FORD MOTOR CREDIT CO LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 23,948.49 |

TOTAL PAID TO CREDITORS                                                                                                   28,843.77

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 4,208.10 |
| SECURED | 0.00 |
| UNSECURED | 23.948.49 |

Date: 02/11/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com